# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Emmet G. | U.S. District Court for the District of Columbia | 08/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

333 Constitution Ave., NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Abramson Scholarship Foundation | Director |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | D.C. Government (defined benefit pension plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Pension (D.C. Government) | $67,983.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Equity Line / Rental Property, Washington, DC | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo (cash accounts) (X) | A | Interest | M | T | | | | | |
| 2. Rental Property #1 (Washington, DC) | E | Rent | O | S | | | | | |
| 3. Rental Property #2 (Washington, DC) | F | Rent | P1 | S | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. Dreyfus Govt Cash Mgmt (cash) | A | Interest | J | T | | | | | |
| 6. Abbott Laboratories (ABT) | | None | J | T | Buy | 12/31/18 | J | | |
| 7. Adidas AG Spons ADR (ADDYY) | A | Dividend | J | T | | | | | |
| 8. Alphabet Inc. C1 A (GOOGL) | | None | J | T | | | | | |
| 9. Amazon.com Inc (AMZN) | | None | K | T | Buy | 07/09/18 | K | | |
| 10. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 11. Apple Inc. (AAPL) | A | Dividend | K | T | | | | | |
| 12. Blackrock In (BLK) | A | Dividend | | | Buy (add'l) | 03/26/18 | J | | |
| 13. | | | | | Sold | 08/01/18 | J | A | |
| 14. Broadcom Ltd (AVGO) (X) | | None | | | Sold | 01/26/18 | J | B | |
| 15. Centene Corp (CNC) | | None | | | Buy | 10/31/18 | J | | |
| 16. | | | | | Sold | 12/17/18 | J | | |
| 17. Costco Wholesale Corp (COST) | A | Dividend | J | T | Buy | 04/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Expedia Inc (EXPE) | | None | | | Sold | 02/12/18 | J | | |
| 19. Facebook Inc Cl A (FB) | | None | | | Sold | 03/26/18 | J | B | |
| 20. Home Depot Inc (HD) | A | Dividend | | | Sold | 11/13/18 | J | B | |
| 21. JPMorgan Chase & Company (JPM) | A | Dividend | J | T | | | | | |
| 22. Lam Research Group (LRCX) | A | Dividend | | | Buy | 01/26/18 | J | | |
| 23. | | | | | Sold | 06/18/18 | J | | |
| 24. Merk & Company Inc (MRK) | | None | J | T | Buy | 12/31/18 | J | | |
| 25. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 26. Nextera Energy Inc (NEE) | | None | J | T | Buy | 12/31/18 | J | | |
| 27. Nike Inc Cl B (NKE) | | None | | | Buy | 09/11/18 | J | | |
| 28. | | | | | Sold | 10/29/18 | J | | |
| 29. Raymond James Financial Inc (RJF) | A | Dividend | | | Sold | 07/09/18 | J | A | |
| 30. United Healthcare Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 31. Visa Inc Class A (V) | A | Dividend | J | T | | | | | |
| 32. Walt Disney Co (DIS) | | None | J | T | Buy | 11/13/18 | J | | |
| 33. Deleware Value Instl Cl (DDVIX) | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 34. First Trust Developed Mkts Ex US Alphdex ETF (FDT) | A | Dividend | | | Buy | 08/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold | 12/31/18 | J | | |
| 36. Harbor Intl Instl Cl (HAINX) | | None | | | Buy (add'l) | 03/26/18 | J | | |
| 37. | | | | | Sold (part) | 07/09/18 | J | A | |
| 38. | | | | | Sold | 08/24/18 | J | | |
| 39. Indexiq ETF IQ Chaikin U S Small Cap (CSML) | A | Dividend | | | Buy (add'l) | 03/26/18 | J | | |
| 40. | | | | | Sold | 12/17/18 | J | | |
| 41. iShares Russell 1000 Value ETF (IWD) | A | Dividend | J | T | | | | | |
| 42. iShares Russell 1000 Growth ETF (IWF) | A | Dividend | J | T | | | | | |
| 43. JPMorgan Mid Cap Value Cl I (JMVSX) | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 44. MFS Intl Value Cl I (MINIX) | A | Dividend | J | T | Buy (add'l) | 03/26/18 | J | | |
| 45. | | | | | Sold (part) | 07/09/18 | J | A | |
| 46. Oppenheimer Intl Small-mid Cl Y (OSMYX) | A | Dividend | J | T | | | | | |
| 47. T Rowe Price Growth Stock (PRGFX) | A | Dividend | J | T | Sold (part) | 07/09/18 | J | B | |
| 48. T Rowe Price Emerging Markets Stock (PRMSX) | A | Dividend | J | T | Buy (add'l) | 03/26/18 | J | | |
| 49. | | | | | Sold (part) | 07/09/18 | J | A | |
| 50. | | | | | Sold | 12/31/18 | J | | |
| 51. AB Global Bond Advisor (ANAYX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PGIM (formerly Prudential) Total Return Bond Cl Z (PDBZX) | A | Dividend | | | Sold (part) | 04/04/18 | J | | |
| 53. | | | | | Sold (part) | 09/11/18 | J | | |
| 54. | | | | | Sold | 10/02/18 | J | | |
| 55. IRA Account #1 (H) | | | | | | | | | |
| 56. Janney Sweep Account (cash) | A | Interest | K | T | | | | | |
| 57. Prudential Premier Retirement Variable Annuity (H) | | | | | | | | | |
| 58. AST T Rowe Price Asset Allocation | | None | K | T | Sold (part) | 01/03/18 | J | | |
| 59. | | | | | Sold (part) | 12/18/18 | K | | |
| 60. | | | | | Sold (part) | 12/18/18 | J | | |
| 61. AST Prudential Growth Allocation | | None | M | T | Sold (part) | 01/03/18 | J | | |
| 62. | | | | | Sold (part) | 12/18/18 | L | | |
| 63. | | | | | Sold (part) | 12/18/18 | J | | |
| 64. AST Advanced Strategies Portfolio | | None | K | T | Sold (part) | 01/03/18 | J | | |
| 65. | | | | | Sold (part) | 12/18/18 | K | | |
| 66. | | | | | Sold (part) | 12/18/18 | J | | |
| 67. AST Investment Grade Bond | | None | L | T | Buy | 12/18/18 | L | | |
| 68. IRA Account #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First Trust US Equity Opportunity Fund (FPX) (X) | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 70. First Trust Cloud Computing Index ETF (SKYY) | A | Dividend | J | T | Buy | 07/05/18 | J | | |
| 71. First Trust Nasdaq Bank ETF (FTXO) | A | Dividend | J | T | Buy (add'l) | 04/02/18 | J | | |
| 72. First Trust Consumer Discretionary Alphadex ETF (FXD) | A | Dividend | J | T | Buy | 07/05/18 | J | | |
| 73. First Trust Dow Jones Internet Index ETF (FDN) | | None | | | Buy | 01/11/18 | J | | |
| 74. | | | | | Sold | 07/05/18 | J | A | |
| 75. First Trust Emerging Markets Alphadex (FEM) | A | Dividend | J | T | | | | | |
| 76. First Trust Energy Alphadex ETF (FXN) | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 77. First Trust Europe Alphadex ETF (FEP) | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 78. | | | | | Sold (part) | 07/05/18 | J | A | |
| 79. First Trust Healthcare Alphadex ETF (FXH) | | None | | | Sold | 07/05/18 | J | A | |
| 80. First Trust Japan Alphadex ETF (FJP) | A | Dividend | J | T | | | | | |
| 81. First Trust Large Cap Value Opportunity ETF (FTA) | A | Dividend | J | T | Sold (part) | 04/02/18 | J | A | |
| 82. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 83. First Trust Large Cap Growth Opportunity (FTC) | A | Dividend | J | T | | | | | |
| 84. First Trust Mid Cap Core Alphadex (FNX) | A | Dividend | J | T | | | | | |
| 85. First Trust Nasdaq 100 Equal Weighted Index ETF (QQEW) | | None | | | Sold | 01/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. First Trust Nasdaq Oil & Gas ETF (FTXN) | | None | | | Sold | 01/11/18 | J | A | |
| 87. First Trust NYSE Arca Bio Tech Index (FBT) | | None | J | T | | | | | |
| 88. First Trust Small Cap Core Alphadex (FYX) | A | Dividend | J | T | | | | | |
| 89. First Trust Technology Alphadex (FXL) | A | Dividend | J | T | | | | | |
| 90. AB Global Bond Advisor (ANAYX) (X) | A | Dividend | J | T | | | | | |
| 91. PGIM Total Return Bond Cl Z (PDBZX) (X) | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For ease of future reporting and review, Part VII of this report has been restructured into separate accounts, with the underlying assets organized into brokerage order. This is not indicative of reportable transactions.

Part VII, line 2: One-third interest Rental Property #1 (Washington, DC) - the assessed total value is $592,000.00

Part VII, line 3: One-half interest in Rental Property #2 (Washington, DC) - the assessed total value is $1,446,000.00

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 18 and 37 of the 2017 report are not reportable in this cycle; there are not corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emmet G. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544